**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Taylor_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 6/11/07

address different from item 1?   ☐ Yes
er delivery address below:   ☐ No

Troy King
Attorney General for the State of AL
11 S. Union Street
Montgomery, AL 36101

07cv505

☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 0938

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540