IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

CHRISTOPHER MICHAEL BROOKS,   )
                              )
   Petitioner,                )
                              )
   v.                         )   CIVIL ACTION NO.
                              )   1:07cv505-MHT
JAMES DELOACH and             )
TROY KING, Attorney           )
General, State of Alabama,    )
                              )
   Respondents.               )

ORDER

It is ORDERED that the motion for clarification (Doc. No. 8) is granted to the extent that counsel for respondents are to contact the clerk of the court for instructions on how to complete the conflict disclosure form.

DONE, this the 14th day of August, 2007.

           /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE